IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY FREDERICK,

      Plaintiff,                  No. 2:12-cv-2581 EFB P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.            ORDER

                                /

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

      Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

////

1  The agency having custody of plaintiff is required to forward to the Clerk of the Court
2  the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3  the amount in the account exceeds $10, until the filing fee is paid. *Id.*
4  The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5  pauperis application upon the Director of the California Department of Corrections and
6  Rehabilitation and deliver a copy of this order to the Clerk's financial division.
7  So ordered.
8  Dated: January 22, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE