IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY FREDERICK,

        Plaintiff,                  No. 12-cv-2581 EFB P

  vs.

CALIFORNIA DEPARTMENT       ORDER
OF CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.

_____/

      After this civil rights action was closed and judgment duly entered, *see* Dckt. Nos. 7, 8, plaintiff filed an amended complaint, Dckt. No. 13. The court takes no action on plaintiff's filing as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

      So ordered.

Dated: April 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE